UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. MJ 15-543 |
| v. | DETENTION ORDER |
| LAWRENCE MCCOLLUM, | |
| Defendant. | |

<u>Offense charged</u>:   Receipt of Child Pornography, Possession of Child Pornography

<u>Date of Detention Hearing</u>:   December 7, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant's past criminal record includes convictions for Rape 1st Degree, involving child victims in 1987 and 1991. On the latter offense, defendant was sentenced to 210 months in prison, after which he served approximately three years on community custody and was released from supervision in 2008.

2. Defendant completed a sexual deviancy treatment program after his release from

DETENTION ORDER
PAGE - 1

confinement. He is a registered sex offender.

3. Defendant poses a risk of danger due to criminal history, possible mental health problems, and the alleged commission of the instant offenses despite completion of a sexual deviancy program. Defendant poses a risk of nonappearance for the same reasons.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>7th</u> day of December, 2015.

<i>[signature]</i>
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 2