Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-392RAJ |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| vs. | |
| LAWRENCE MCCOLLUM, | |
| Defendant. | |

Upon the unopposed motion of the defense to continue the deadline for filing pretrial motions in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the unopposed motion (#22) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than June 16, 2016.

DATED this 8th day of June, 2016.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE PRETRIAL MOTIONS DUE DATE
*USA v. McCollum* / CR15-392RAJ

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100