The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LAWRENCE MCCOLLUM,<br><br>　　　　　　　　Defendant. | No. CR15-392RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE RESPONSE AND REPLY DEADLINES |

THIS MATTER comes before the Court on the Government's Unopposed Motion to Continue Response and Reply Deadlines.  Having considered the unopposed motion, and the files and pleadings herein, and finding good cause,

IT IS ORDERED that the Government's Unopposed Motion to Continue Response and Reply Deadlines (Dkt. #26) is GRANTED.  The government's response to Defendant's motion to Exclude Evidence of Prior Convictions (Dkt #25), shall be due June 28, 2016.  Defendant's reply shall be due July 1, 2016.

DATED this 21st day of June, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING RESPONSE
AND REPLY DEADLINES - 1
CR15-392RAJ / *U.S. v. MCCOLLUM*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970