The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-392-RAJ |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| LAWRENCE MCCOLLUM, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One Lexar 16GB thumb drive seized from Defendant on or about December 2, 2015; and,

2. Any and all visual depictions and/or images of minor children engaged in sexually explicit conduct, in whatever form and however stored.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement Defendant Lawrence McCollum ("the Defendant") entered on July 7, 2016, he forfeited his interest in the above-listed property pursuant to 18

Final Order of Forfeiture - 1
*U.S. v. Lawrence McCollum,* CR15-392-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

U.S.C. § 2253 (providing for the forfeiture of property used or intended to be used to commit or promote the receipt and possession of child pornography and prohibited visual depictions of children engaged in sexually explicit conduct) (Dkt. No. 36);

- On September 20, 2016, prior to the Defendant's sentencing, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's right, title, and interest in it (Dkt. No. 41);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 47); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;
2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,
3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

IT IS SO ORDERED.

DATED this 21st day of February, 2017.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Final Order of Forfeiture - 2
*U.S. v. Lawrence McCollum,* CR15-392-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970