HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE MCCOLLUM,<br><br>Defendant. | No. CR 15-392-RAJ<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION |

This matter has come before the Court on Defendant's motion to file an overlength motion for compassionate release. The Court, having considered the motion and files and records herein, and finding good cause,

IT IS NOW ORDERED that Defendant's motion to file an overlength motion (Dkt. #57) is GRANTED.

DATED this 22nd day of September, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH MOTION
(*USA v. McCollum*, CR 15-392-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100