HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-392-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBITS |
| LAWRENCE MCCOLLUM, | |
| Defendant. | |

THIS MATTER has come before the Court on the Defendant's motion to seal Exhibits B and B-1 (BOP medical records) to his motion for compassionate release. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibits under seal. Therefore,

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #59) is GRANTED. Exhibits B and B-1 shall remain under seal.

DATED this 22nd day of September, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL EXHIBITS
(*USA v. McCollum*, CR 15-392-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100